# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| CARLTON J. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTY ALLEN, Warden; CALVIN ORR, Deputy Warden of Security; and SHUNDA WOODS, Deputy Warden of Care and Treatment, | ) ) ) ) ) | Case No. CV416-110 |
| Defendants. | ) | |

## ORDER

Proceeding *pro se*, Carlton Walker brings this 42 U.S.C. § 1983 action against three employees of Valdosta State Prison (VSP) in Valdosta, Georgia. Doc. 1. Because his claims arise from events that took place in Valdosta and defendants are all located there, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); 28 U.S.C. § 90. The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this  12th   day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2